Order entered December 21, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-12-01589-CV

 Gethotdeal, Inc. d/b/a Florida Cars, Appellant

 V.

 Michael Fischman, Appellee

 On Appeal from the 416th Judicial District Court
 Collin County, Texas
 Trial Court Cause No. 416-03690-2012

 ORDER

 The Court has before it appellant's December 19, 2012 motion to extend
time to file brief, which is unopposed. The Court GRANTS the motion in
part and ORDERS appellant to file its brief by February 18, 2013.

 /s/ MOLLY FRANCIS
 JUSTICE